# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135537

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOSEPH P. GIACOLONE,
     Defendant-Appellant,
and

DANIEL ROBIN,
     Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135537
COA: 277600
Genesee CC: 06-018001-FC

On order of the Court, the application for leave to appeal the November 1, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

Clerk

t0317